**Fill in this information to identify the case:**

Debtor name: Diocese of Winona-Rochester

United States Bankruptcy Court for the: District of Minnesota (State)

Case number (If known): 18-33707

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Doe 01<br>c/o Jeff Anderson and Assoc.<br>366 Jackson Street, Ste. 100<br>Saint Paul, MN 55101 | | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| 2 | Doe 02<br>c/o Jeff Anderson and Assoc.<br>366 Jackson Street, Ste. 100<br>Saint Paul, MN 55101 | | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| 3 | Doe 03<br>c/o Jeff Anderson and Assoc.<br>366 Jackson Street, Ste. 100<br>Saint Paul, MN 55101 | | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| 4 | Doe 04<br>c/o Jeff Anderson and Assoc.<br>366 Jackson Street, Ste. 100<br>Saint Paul, MN 55101 | | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| 5 | Doe 05<br>c/o Jeff Anderson and Assoc.<br>366 Jackson Street, Ste. 100<br>Saint Paul, MN 55101 | | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| 6 | Doe 06<br>c/o Jeff Anderson and Assoc.<br>366 Jackson Street, Ste. 100<br>Saint Paul, MN 55101 | | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| 7 | Doe 07<br>c/o Jeff Anderson and Assoc.<br>366 Jackson Street, Ste. 100<br>Saint Paul, MN 55101 | | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| 8 | Doe 08<br>c/o Jeff Anderson and Assoc.<br>366 Jackson Street, Ste. 100<br>Saint Paul, MN 55101 | | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |

Debtor   Diocese of Winona-Rochester                          Case number (*if known*) 18-33707
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Doe 09 c/o Jeff Anderson and Assoc. 366 Jackson Street, Ste. 100 Saint Paul, MN 55101 | | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | $0.00 |
| 10 | Doe 10 c/o Jeff Anderson and Assoc. 366 Jackson Street, Ste. 100 Saint Paul, MN 55101 | | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | $0.00 |
| 11 | Doe 11 c/o Jeff Anderson and Assoc. 366 Jackson Street, Ste. 100 Saint Paul, MN 55101 | | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | $0.00 |
| 12 | Doe 12 c/o Jeff Anderson and Assoc. 366 Jackson Street, Ste. 100 Saint Paul, MN 55101 | | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | $0.00 |
| 13 | Doe 13 c/o Jeff Anderson and Assoc. 366 Jackson Street, Ste. 100 Saint Paul, MN 55101 | | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | $0.00 |
| 14 | Doe 14 c/o Jeff Anderson and Assoc. 366 Jackson Street, Ste. 100 Saint Paul, MN 55101 | | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | $0.00 |
| 15 | Doe 15 c/o Jeff Anderson and Assoc. 366 Jackson Street, Ste. 100 Saint Paul, MN 55101 | | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | $0.00 |
| 16 | Doe 16 c/o Jeff Anderson and Assoc. 366 Jackson Street, Ste. 100 Saint Paul, MN 55101 | | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | $0.00 |
| 17 | Doe 17 c/o Jeff Anderson and Assoc. 366 Jackson Street, Ste. 100 Saint Paul, MN 55101 | | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | $0.00 |
| 18 | Doe 18 c/o Jeff Anderson and Assoc. 366 Jackson Street, Ste. 100 Saint Paul, MN 55101 | | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | $0.00 |
| 19 | Doe 19 c/o Jeff Anderson and Assoc. 366 Jackson Street, Ste. 100 Saint Paul, MN 55101 | | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | $0.00 |
| 20 | Doe 20 c/o Noaker Law Firm, Attn. Patrick Noaker 333 Washington Ave. N., Ste. 341 Minneapolis, MN 55401 | | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | $0.00 |