UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bankruptcy Case No. 18-33707 |
| | Chapter 11 Case |
| Diocese of Winona-Rochester, | |
| Debtor. | |

**NOTICE OF FILING OF AMENDED EXHIBIT A TO VERIFIED MOTION OF THE DIOCESE OF WINONA-ROCHESTER FOR EXPEDITED RELIEF AND FOR AN ORDER (A) AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, AND EMPLOYEE DEDUCTIONS AND EMPLOYEE EXPENSES, (B) AUTHORIZING PAYMENT OF PREPETITION UNEMPLOYMENT INSURANCE TAXES, (C) AUTHORIZING THE DEBTOR TO CONTINUE ITS PARTICIPATION IN ITS MEDICAL AND DENTAL HEALTH INSURANCE PROGRAMS AND GRANTING OTHER RELIEF WITH RESPECT TO THE PROGRAMS, (D) AUTHORIZING PRIEST SUPPORT PAYMENTS, (E) AUTHORIZING PAYMENT OF OTHER BENEFIT AND RETIREMENT PLAN OBLIGATIONS, (F) AUTHORIZING PAYMENT OF CERTAIN OTHER DE MINIMIS PREPETITION CLAIMS AND SURVIVOR THERAPY CLAIMS, (G) AUTHORIZING AND DIRECTING BANKS TO HONOR PAYROLL, EXPENSE CHECKS AND FUND TRANSFERS IN CONNECTION WITH THE FOREGOING, (H) FINDING COMPLIANCE WITH THE REQUIREMENTS OF RULE 6003, AND (I) WAIVING PROVISIONS OF RULE 6004(h)**

TO:     All parties-in-interest as specified in Local Rule 9013-3(a)(2)

The Diocese of Winona-Rochester (the "Diocese" or the "Debtor") files this notice of filing of amended Exhibit A and states as follows.

1.      On November 30, 2018 (the "Petition Date"), the Diocese commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2.      Also on the Petition Date, the Diocese filed a Notice of Hearing and Verified Motion of the Diocese of Winona-Rochester for Expedited Relief and for an Order (A) Authorizing Payment of Prepetition Wages, Salaries, and Employee Deductions and Employee Expenses, (B) Authorizing Payment of Prepetition Unemployment Insurance Taxes, (C) Authorizing the Debtor to Continue its Participation in its Medical and Dental Health

Insurance Programs and Granting Other Relief With Respect to the Programs, (D) Authorizing Priest Support Payments, (E) Authorizing Payment of Other Benefit and Retirement Plan Obligations, (F) Authorizing Payment of Certain Other De Minimis Prepetition Claims and Survivor Therapy Claims, (G) Authorizing and Directing Banks to Honor Payroll, Expense Checks and Fund Transfers in Connection with the Foregoing, (H) Finding Compliance with the Requirements of Rule 6003, and (I) Waiving the Provisions of Rule 6004(h) (the "Payroll Motion") [ECF Docket No. 10].

3. Also on the Petition Date, the Diocese filed a corrected Exhibit A to the Payroll Motion [ECF Docket No. 16]. That Exhibit A was comprised of a list of outstanding checks on the Diocese's checking accounts as of the Petition Date.

4. The Diocese has since obtained information from its bank verifying that certain of the outstanding checks listed on the prior Exhibit A had in fact cleared prior to the Petition Date. In addition, there is one additional outstanding check (a check to TotalFunds by Hasler in the amount of $23.31) that was inadvertently omitted from the prior Exhibit A.

5. Attached as Exhibit 1 is an updated revised version of Exhibit A to the Payroll Motion, with a corrected list of outstanding checks as of the Petition Date. Attached as Exhibit 2 is a redlined set of changed pages, showing changes to the prior version of Exhibit A that was filed as ECF Docket No. 16.

Dated: December 5, 2018

                              RESTOVICH BRAUN & ASSOCIATES

                              /e/Christopher W. Coon
                              Thomas R. Braun (#350631)
                              Christopher W. Coon (#390083)
                              117 East Center Street
                              Rochester, MN 55904
                              (507) 216-8652
                              thomas@restovichlaw.com
                              christopher@restovichlaw.com

                              BODMAN PLC

                              /e/Brian R. Trumbauer
                              Robert J. Diehl, Jr. (P31264)
                              Brian R. Trumbauer (P57747)
                              Jaimee L. Witten (P70068)
                              6th Floor at Ford Field
                              1901 St. Antoine Street
                              Detroit, Michigan 48226
                              (313) 259-7777
                              rdiehl@bodmanlaw.com
                              btrumbauer@bodmanlaw.com
                              jwitten@bodmanlaw.com

                              *Proposed Attorneys for the Diocese of Winona-Rochester*

**Exhibit 1 – Amended Exhibit A to Payroll Motion**

Detroit_15808738_1

Diocese of Winona-Rochester
Summary of List of Oustanding Checks
Nov. 30, 2018

| Institution | Account Name | Account # | Total Cks |
|---|---|---|---|
| Wells Fargo | Self Insurance | xxxxxx9164 | $ 37,241.73 |
| Wells Fargo | Special Collections | xxxxxx3182 | $ 49,760.85 |
| Wells Fargo | Employee Flex Benefits | xxxxxx8950 | $ 20,584.43 |
| Wells Fargo | Operations | xxxxxx1041 | $ 37,598.07 |
| Merchants Bank | Bishop's Discretionary Charitable Account | xxxxxx1346 | $ 900.00 |
| | | **Total Outstanding Checks** | **$ 146,085.08** |

| Wells Fargo | Self Insurance | xxxxxx9164 | | |
|---|---|---|---|---|
| Date | Ck # | LookUp | Vendor | Amount |
| 11/29/2018 | 0001118 | 6027 | Meier, Kennedy & Quinn, Attorneys | $ 18,805.00 |
| 11/29/2018 | 0001120 | 6027 | Meier, Kennedy & Quinn, Attorneys | $ 18,436.73 |
| | | | | $ 37,241.73 |

Wells Fargo        Special Collections        xxxxxx3182

| Date | Ck # | LookUp | Vendor | Amount |
|---|---|---|---|---|
| 11/5/2018 | 0010763 | 0140 | St. Thomas More Newman Center | $ 450.00 |
| 43433 | 0010766 | 6076 | USCCB-Office of Nationa Collections | $ 49,310.85 |
| | | | | $ 49,760.85 |

Wells Fargo        Employee Flex Benefits        xxxxxx8950

| Date | Ck # | LookUp | Vendor | Amount |
|---|---|---|---|---|
| 11/29/2018 | 0001169 | 6026 | Medicare Blue RX | $ 1,620.00 |
| 11/29/2018 | 0001170 | 6026 | Medicare Blue RX | $ 5,130.00 |
| 43433 | 0001172 | 5011 | Unum Life Insurance Co. of America | $ 9,672.26 |
| 43433 | 0001173 | 5011 | Unum Life Insurance Co. of America | $ 4,162.17 |
|  |  |  |  | $ 20,584.43 |

Wells Fargo	Operations	xxxxxx1041

| Date | Ck # | LookUp | Vendor | Amount |
|---|---|---|---|---|
| 8/23/2018 | 22217 | 6332 | Ledezma, Stephanie A | $ 25.00 |
| 11/08/2018 | 22576 | 392 | Diocese of Fargo | $ 100.00 |
| 11/08/2018 | 22603 | 802 | Wendler, Becky | $ 77.73 |
| 11/15/2018 | 22617 | 3061 | Center for Applied Research in the Apostolate (CARA) | $ 100.00 |
| 11/15/2018 | 22627 | 3039 | Hermits of St. Mary of Carmel | $ 500.00 |
| 11/15/2018 | 22628 | 6017 | Innovative Office Solutions, LLC | $ 253.03 |
| 11/15/2018 | 22648 | 6049 | S2Verify, LLC | $ 7.00 |
| 11/15/2018 | 22660 | 355 | Withrow, Camille M | $ 10.33 |
| 11/21/2018 | 22663 | 6350 | Balk, Mr. John | $ 250.00 |
| 11/21/2018 | 22687 | 6017 | Innovative Office Solutions, LLC | $ 22.56 |
| 11/21/2018 | 22694 | 6401 | Miller, Deacon Steve | $ 70.00 |
| 11/21/2018 | 22696 | 2005 | National Catholic Educational Association (NCEA) | $ 36.00 |
| 11/21/2018 | 22703 | 4047 | Sacred Heart Major Seminary | $ 830.00 |
| 11/21/2018 | 22704 | 2 | St. Adrian - Adrian | $ 1,250.00 |
| 11/21/2018 | 22706 | 3 | St. Theodore - Albert Lea | $ 1,664.00 |
| 11/21/2018 | 22710 | 6074 | USCCB-Charter Audit | $ 8,000.00 |
| 11/21/2018 | 22712 | 6215 | Vita Psychological Services | $ 950.00 |
| 11/21/2018 | 22715 | 504 | Winona-Rochester Diocesan Council of Catholic Women | $ 1,623.47 |
| 11/29/2018 | 22720 | 6402 | Association for Supervision and Curriculum Development (ASCD) | $ 239.00 |
| 11/29/2018 | 22721 | 6398 | Betzold, Brother Roger | $ 132.16 |
| 11/29/2018 | 22723 | 6127 | Brannon, Andrew D | $ 125.16 |
| 11/29/2018 | 22724 | 413 | Briskey, Philip A | $ 90.00 |
| 11/29/2018 | 22725 | 393 | Catholic Foundation of Southern Minnesota | $ 324.30 |
| 11/29/2018 | 22727 | 393 | Catholic Foundation of Southern Minnesota | $ 40.00 |
| 11/29/2018 | 22728 | 5082 | City of Winona - Finance Dept | $ 1,277.16 |
| 11/29/2018 | 22729 | 87 | Co-Cathedral of St. John the Evangelist - Rochester | $ 2,527.58 |
| 11/29/2018 | 22731 | 4034 | Coordinated Business Systems, Ltd | $ 134.37 |
| 11/29/2018 | 22734 | 129 | Dose, Lawrence J | $ 30.00 |
| 11/29/2018 | 22735 | 1096 | Dougherty, Patrick | $ 2,588.79 |
| 11/29/2018 | 22736 | 6009 | FedEx | $ 90.00 |
| 11/29/2018 | 22737 | 6010 | Fellowship of Catholic University Students (FOCUS) | $ 6,250.00 |
| 11/29/2018 | 22738 | 6010 | Fellowship of Catholic University Students (FOCUS) | $ 3,000.00 |
| 11/29/2018 | 22739 | 223 | Ferguson, Rev. Timothy | $ 75.00 |
| 11/29/2018 | 22743 | 6370 | Kruse, Brother Joseph | $ 100.00 |
| 11/29/2018 | 22746 | 896 | Liturgy Training Publications | $ 29.00 |
| 11/29/2018 | 22747 | 2037 | Midtown Foods | $ 167.84 |
| 11/29/2018 | 22748 | 2019 | NET Ministries | $ 1,500.00 |
| 11/29/2018 | 22752 | 4047 | Sacred Heart Major Seminary | $ 430.35 |
| 11/29/2018 | 22753 | 575 | St. Mary's University | $ 1,512.63 |
| 11/29/2018 | 22754 | 6070 | TotalFunds by Hasler | $ 50.00 |
| 11/29/2018 | 22757 | 6360 | Willkom, Matthew L | $ 40.80 |
| 11/29/2018 | 22759 | 2087 | Silver Eagle Trucking Inc | $ 85.00 |
| 11/30/2018 | 22719 | 664 | Sutton, Rev. Brian | $ 966.50 |
| 11/30/2018 | 22760 | 6070 | TotalFunds by Hasler | $ 23.31 |
| | | | | $ 37,598.07 |

Merchants Bank    Bishop's Discretionary Charitable Account        xxxx1346

| Date | Ck # | LookUp | Vendor | Amount |
|---|---|---|---|---|
| 11/27/2018 | 10154 | 4046 | Carmelites of St. Joseph | $ 300.00 |
| 11/29/2018 | 10155 | | Province of St Joseph - Fr Solanus Casey Center<br>1780 Mt Elliott, Detroit, MI 48207 | $ 600.00 |
| | | | | $ 900.00 |

**Exhibit 2 – Redlined Changed Pages to Amended Exhibit A to Payroll Motion**

Detroit_15808738_1

Wells Fargo        Special Collections        xxxxxx3182

| Date | Ck # | LookUp | Vendor | Amount |
|---|---|---|---|---|
| 11/5/2018 | 0010763 | 0140 | St. Thomas More Newman Center | $ 450.00 |
| ~~11/21/2018~~ | ~~0010765~~ | ~~6076~~ | ~~USCCB-Office of Nationa Collections~~ | $ ~~23,868.50~~ |
| 43433 | 0010766 | 6076 | USCCB-Office of Nationa Collections | $ 49,310.85 |
| | | | | $ 73,629.35 |

Wells Fargo        Operations       xxxxxx1041

| Date | Ck # | LookUp | Vendor | Amount |
|---|---|---|---|---|
| 8/23/2018 | 22217 | 6332 | Ledezma, Stephanie A | $ 25.00 |
| 10/11/2018 | 22472 | 355 | Withrow, Camille M | $ 101.37 |
| 11/01/2018 | 22550 | 417 | Cooper, Jenna M | $ 24.98 |
| 11/08/2018 | 22576 | 392 | Diocese of Fargo | $ 100.00 |
| 11/08/2018 | 22595 | 257 | Quinn, Most Rev. John M | $ 200.00 |
| 11/08/2018 | 22603 | 802 | Wendler, Becky | $ 77.73 |
| 11/15/2018 | 22609 | 2025 | Archdiocese of Detroit - Priest Pension Plan | $ 1,303.67 |
| 11/15/2018 | 22617 | 3061 | Center for Applied Research in the Apostolate (CARA) | $ 100.00 |
| 11/15/2018 | 22619 | 2061 | Dana's Landscaping & Lawn Care | $ 975.00 |
| 11/15/2018 | 22622 | 2002 | Exploring the Sunday Readings | $ 22.50 |
| 11/15/2018 | 22627 | 3039 | Hermits of St. Mary of Carmel | $ 500.00 |
| 11/15/2018 | 22628 | 6017 | Innovative Office Solutions, LLC | $ 253.03 |
| 11/15/2018 | 22643 | 398 | Reller, Nicholas J | $ 58.86 |
| 11/15/2018 | 22648 | 6049 | S2Verify, LLC | $ 7.00 |
| 11/15/2018 | 22660 | 355 | Withrow, Camille M | $ 10.33 |
| 11/21/2018 | 22663 | 6350 | Balk, Mr. John | $ 250.00 |
| 11/21/2018 | 22666 | 393 | Catholic Foundation of Southern Minnesota | $ 44,353.43 |
| 11/21/2018 | 22667 | 393 | Catholic Foundation of Southern Minnesota | $ 75.00 |
| 11/21/2018 | 22668 | 6400 | Catholic Herald | $ 500.00 |
| 11/21/2018 | 22673 | 417 | Cooper, Jenna M | $ 481.77 |
| 11/21/2018 | 22685 | 3051 | Image Bridge Design | $ 162.50 |
| 11/21/2018 | 22686 | 141 | Immaculate Heart of Mary Seminary | $ 650.00 |
| 11/21/2018 | 22687 | 6017 | Innovative Office Solutions, LLC | $ 22.56 |
| 11/21/2018 | 22688 | 4039 | J & J Rubbish Service | $ 75.23 |
| 11/21/2018 | 22691 | 896 | Liturgy Training Publications | $ 415.66 |
| 11/21/2018 | 22693 | 687 | Mahon, Rev. Msgr. Gerald | $ 1,509.47 |
| 11/21/2018 | 22694 | 6401 | Miller, Deacon Steve | $ 70.00 |
| 11/21/2018 | 22696 | 2005 | National Catholic Educational Association (NCEA) | $ 36.00 |
| 11/21/2018 | 22698 | 2019 | NET Ministries | $ 1,885.00 |
| 11/21/2018 | 22703 | 4047 | Sacred Heart Major Seminary | $ 830.00 |
| 11/21/2018 | 22704 | 2 | St. Adrian - Adrian | $ 1,250.00 |
| 11/21/2018 | 22705 | 575 | St. Mary's University | $ 9,930.82 |
| 11/21/2018 | 22706 | 3 | St. Theodore - Albert Lea | $ 1,664.00 |
| 11/21/2018 | 22710 | 6074 | USCCB-Charter Audit | $ 8,000.00 |
| 11/21/2018 | 22712 | 6215 | Vita Psychological Services | $ 950.00 |
| 11/21/2018 | 22715 | 504 | Winona-Rochester Diocesan Council of Catholic Women | $ 1,623.47 |
| 11/21/2018 | 22716 | 355 | Withrow, Camille M | $ 6.38 |
| 11/21/2018 | 22717 | 6092 | Xcel Energy | $ 1,450.00 |
| 11/29/2018 | 22720 | 6402 | Association for Supervision and Curriculum Development (ASCD) | $ 239.00 |
| 11/29/2018 | 22721 | 6398 | Betzold, Brother Roger | $ 132.16 |
| 11/29/2018 | 22723 | 6127 | Brannon, Andrew D | $ 125.16 |
| 11/29/2018 | 22724 | 413 | Briskey, Philip A | $ 90.00 |
| 11/29/2018 | 22725 | 393 | Catholic Foundation of Southern Minnesota | $ 324.30 |
| 11/29/2018 | 22726 | 393 | Catholic Foundation of Southern Minnesota | $ 36.00 |
| 11/29/2018 | 22727 | 393 | Catholic Foundation of Southern Minnesota | $ 40.00 |
| 11/29/2018 | 22728 | 5082 | City of Winona - Finance Dept | $ 1,277.16 |
| 11/29/2018 | 22729 | 87 | Co-Cathedral of St. John the Evangelist - Rochester | $ 2,527.58 |
| 11/29/2018 | 22730 | 213 | Cook, Rev. Msgr. Thomas | $ 229.12 |
| 11/29/2018 | 22731 | 4034 | Coordinated Business Systems, Ltd | $ 134.37 |
| 11/29/2018 | 22732 | 6263 | Dell Business Credit | $ 8,068.49 |
| 11/29/2018 | 22733 | 1015 | Diocese of Winona-Rochester (Benefits) | $ 30,271.51 |
| 11/29/2018 | 22734 | 129 | Dose, Lawrence J | $ 30.00 |
| 11/29/2018 | 22735 | 1096 | Dougherty, Patrick | $ 2,588.79 |
| 11/29/2018 | 22736 | 6009 | FedEx | $ 90.00 |
| 11/29/2018 | 22737 | 6010 | Fellowship of Catholic University Students (FOCUS) | $ 6,250.00 |
| 11/29/2018 | 22738 | 6010 | Fellowship of Catholic University Students (FOCUS) | $ 3,000.00 |
| 11/29/2018 | 22739 | 223 | Ferguson, Rev. Timothy | $ 75.00 |
| 11/29/2018 | 22740 | 201 | Hamann, Mary A | $ 43.05 |
| 11/29/2018 | 22741 | 137 | Harrington, Most Rev. Bernard J | $ 73.28 |
| 11/29/2018 | 22742 | 3077 | Hawkins Ash CPAs | $ 9,646.87 |
| 11/29/2018 | 22743 | 6370 | Kruse, Brother Joseph | $ 100.00 |
| 11/29/2018 | 22744 | 5048 | Kwik Trip Stores | $ 237.55 |
| 11/29/2018 | 22745 | 5048 | Kwik Trip Stores | $ 699.89 |
| 11/29/2018 | 22746 | 896 | Liturgy Training Publications | $ 29.00 |
| 11/29/2018 | 22747 | 2037 | Midtown Foods | $ 167.84 |
| 11/29/2018 | 22748 | 2019 | NET Ministries | $ 1,500.00 |
| 11/29/2018 | 22749 | 6273 | PEX Card ePay | $ 1,726.25 |
| 11/29/2018 | 22750 | 257 | Quinn, Most Rev. John M | $ 58.90 |

| Date | Check # | Acct | Payee | Amount |
|---|---|---|---|---|
| 11/29/2018 | 22752 | 4047 | Sacred Heart Major Seminary | $ 430.35 |
| 11/29/2018 | 22753 | 575 | St. Mary's University | $ 1,512.63 |
| 11/29/2018 | 22754 | 6070 | TotalFunds by Hasler | $ 50.00 |
| ~~11/29/2018~~ | ~~22755~~ | ~~300~~ | ~~Visa~~ | ~~$ 1,500.00~~ |
| 11/29/2018 | 22757 | 6360 | Willkom, Matthew L | $ 40.80 |
| 11/29/2018 | 22759 | 2087 | Silver Eagle Trucking Inc | $ 85.00 |
| 11/30/2018 | 22719 | 664 | Sutton, Rev. Brian | $ 966.50 |
| 11/30/2018 | 22760 | 6070 | TotalFunds by Hasler | $ 23.31 |
| ~~11/30/2018~~ | ~~22761~~ | ~~213~~ | ~~Cook, Rev. Msgr. Thomas~~ | ~~$ 766.66~~ |
| | | | | $ 155,137.28 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Diocese of Winona-Rochester,

Debtor.

Bankruptcy Case No.
Chapter 11 Case

**CERTIFICATE OF SERVICE**

I, Laverne Stewart, under penalty of perjury, states that on December 5, 2018, she caused to be filed electronically with the Clerk of Court and served by overnight delivery (via Federal Express or Priority Mail Express, as indicated on Exhibit A) the following document on the service list attached as Exhibit A:

> Notice of Filing of Amended Exhibit A to Verified Motion of the Diocese of Winona-Rochester for Expedited Relief and for an Order (A) Authorizing Payment of Prepetition Wages, Salaries, and Employee Deductions and Employee Expenses, (B) Authorizing Payment of Prepetition Unemployment Insurance Taxes, (C) Authorizing the Debtor to Continue its Participation in its Medical and Dental Health Insurance Programs and Granting Other Relief with Respect to the Programs, (D) Authorizing Priest Support Payments, (E) Authorizing Payment of Other Benefit and Retirement Plan Obligations, (F) Authorizing Payment of Certain Other De Minimis Prepetition Claims and Survivor Therapy Claims, (G) Authorizing and Directing Banks to Honor Payroll, Expense Checks and Fund Transfers in Connection with the Foregoing, (H) Finding Compliance with the Requirements of Rule 6003, and (I) Waiving Provisions of Rule 6004(h)

Dated: December 5, 2018

Laverne Stewart

## **EXHIBIT A – SERVICE LIST**

***VIA FEDERAL EXPRESS***

Office of the United States Trustee
300 South Fourth Street
Suite 1015
Minneapolis, MN 55415

IRS District Counsel
380 Jackson St., Suite 650
St. Paul, MN 55101

Internal Revenue Service
Wells Fargo Place
30 E. 70th Street
Mail Stop 5700
St. Paul, MN 55101

Minnesota Department of Revenue
Collection Enforcement
551 Bankruptcy Section
600 North Robert Street
St. Paul, MN 55101-2228

Office of the U.S. Attorney
300 South Fourth Street
Suite 600
Minneapolis, MN 55415

Diocese of Winona-Rochester
55 West Sanborn Street
P.O. Box 588
Winona, MN 55987

Certain Tort Claimants
c/o Jeff Anderson & Associates PA
Attn: Jeff Anderson
366 Jackson Street, Suite 100
St. Paul, MN 55101

Certain Tort Claimants
c/o Noaker Law Firm LLC
Attn: Patrick Noaker
333 Washington Avenue N., Suite 341
Minneapolis, MN 55401

Stinson Leonard Street
Attn: Robert Kugler
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Wells Fargo Bank, N.A.
Attn: Ann Abraham
875 34th Avenue
Winona, MN 55987

Merchants Bank
102 East Third Street
Winona, MN 55987

Thomas B. Wieser
Meier, Kennedy & Quinn
445 Minnesota Street
Suite 2200
Saint Paul, MN 55101

Scott V. Kelly
Farrish Johnson Law Office
1907 Excel Drive
Mankato, MN 56001

Stacy L. Sever
Stitch Angell Kriedler & Unke
250 2nd Avenue S.
Minneapolis, MN 55401

Phillip Kunkel
Gray Plant Mooty
1010 W. St. Germain
Suite 500
St. Cloud, MN 56301

2

Gerald H. Bren
Fisher Bren & Sheridan, LLP
920 Second Avenue South, Suite 975
Minneapolis, MN 55402

Catalina J. Sugayan
Robert E. Sweeney, Jr.
Clyde & Co. US LLP
55 West Monroe Street, Suite 3000
Chicago, IL 60603

Charles E. Jones
Moss & Barnett
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402

Keith A. Dotseth
Bradley R. Prowant
Larmon King LLP
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101

Stephen D. Straus
Eric D. Suben
Traub Lieberman Straus & Shrewsberry LLP
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, NY 10532

Dale O. Thornsjo
Lance D. Meyer
O'Meara, Leer, Wagner & Kohl, P.A.
7401 Metro Boulevard, Suite 600
Minneapolis, MN 55439-3034

Amy J. Woodworth
Meagher & Geer, PLLC
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402

Michael J. Cohen
Pamela J. Tillman
Meissner Tierney Fisher & Nichols S.C.
111 E. Kilbourn Avenue, 19th Floor
Milwaukee, WI 53202

Eric E. Caugh
Rolf E. Gilbertson
Zelle LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415

***VIA PRIORITY MAIL EXPRESS***

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Minnesota Department of Revenue
Mail Station 5130
St. Paul, MN 55146-5130

Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

Christian Brothers Investment Services
P.O. Box 9683
Providence, RI 02940

4