UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:    BKY 18-33707

Diocese of Winona-Rochester,    Chapter 11 Case

    Debtor.

**ORDER DENYING MOTION FOR EXPEDITED RELIEF, DIRECTING MEDIATION AND APPOINTING JANICE M. SYMCHYCH TO SERVE AS MEDIATOR**

This case is before the court on the motion of the debtor for expedited relief and for an order directing mediation and appointing the Janice M. Symchych as mediator.

Based on the motion and the file,

**IT IS ORDERED:** The motion is denied.

Dated: December 6, 2018

/e/ Robert J. Kressel
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/06/2018*
Lori Vosejpka, Clerk, by LH