**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

**In re:**

**Diocese of Winona-Rochester,**                                **Chapter 11**

                **Debtor(s).**                                         **BK 18-33707**

---

**APPOINTMENT OF COMMITTEE OF UNSECURED**
**CREDITORS IN CHAPTER 11 CASE**

---

The U.S. Trustee for Region 12 hereby appoints the following persons or entities to the Official Committee of Unsecured Creditors in the above case:

1. Creditor:  Hans Meier
    c/o Patrick Noaker
    Noaker Law Firm, LLC
    333 Washington Ave N Suite 341
    Minneapolis, MN 55401
    (612) 349-2735

2. Creditor:  Mari Jo Bell
    c/o Jeff Anderson
    Jeff Anderson & Associates PA
    366 Jackson Street, Suite 100
    St. Paul, MN 55101
    (651) 227-9990

3. Creditor:  James Keenan
    c/o Jeff Anderson
    Jeff Anderson & Associates PA
    366 Jackson Street, Suite 100
    St. Paul, MN 55101
    (651) 227-9990

4. Creditor: Timothy Allen
c/o Jeff Anderson
Jeff Anderson & Associates PA
366 Jackson Street, Suite 100
St. Paul, MN 55101
(651) 227-9990

5. Creditor: John Klein
c/o Jeff Anderson
Jeff Anderson & Associates PA
366 Jackson Street, Suite 100
St. Paul, MN 55101
(651) 227-9990

Mr. Keenan is hereby designated as Acting Chairperson of said Committee pending selection by the Committee members of a permanent Chairperson.

In order to make the Committee more representative, the right to add or remove members of the Committee is reserved.

December 19, 2018                     Respectfully submitted,

JAMES L. SNYDER
Acting United States Trustee
Region 12

By:   /s/ Sarah J. Wencil
Sarah J. Wencil
Trial Attorney
IA Atty I.D. No. 14014
U.S. Trustee's Office
300 South Fourth St., #1015
Minneapolis, MN   55415
(612) 334-1366