Fill in this information to identify the case and this filing:

Debtor Name : Diocese of Winona-Rochester

United States Bankruptcy Court for the District of Minnesota

Case number (if known):    18-33707

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☒ Amended *Statement of Financial Affairs*

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03 Jan 2020___          X _____
                                          Signature of individual signing on behalf of debtor

Reverend Monsignor Thomas P. Melvin
Printed name

Vicar General
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                       Bankruptcy Case No. 18-33707

Diocese of Winona-Rochester,                 Chapter 11 Case

                    Debtor.

---

## SUMMARY OF AMENDMENTS TO
## STATEMENT OF FINANCIAL AFFAIRS

Attached is an Amended Statement of Financial Affairs.

The only change was to Part 11, Question 21.  The debtor's prior filed version of Schedule A/B included the following two items in Question 76:

(a) Bequests Receivable – Catholic Foundation of Southern Minnesota Annuity - $28,460.31; and

(b) Beneficial Interest in Jerome Maloney Trust - $35,114.00

Item (a) above relates to a beneficial interest in an annuity that was gifted to the Diocese. Per the original gift document, the remainder interest is restricted for "the exclusive purpose of funding the Diocese of Winona Vocation Office and/or general education for Diocese of Winona seminarians."

Item (b) above relates to a beneficial interest in the Jerome Maloney Testamentary Trust that was gifted to the Diocese.  Per the Last Will and Testament of Jerome Maloney, the bequest is restricted by the donor for "the education of seminarians" and "the Bureau of Priests' Retirement to be used for providing retirement for security for priests of Winona Diocese."

Upon further review, the above items constitute donor restricted assets and should not have been included on Schedule A/B as property of the estate.  Instead, the two above items have been added to the Statement of Financial Affairs as property held for another.

Concurrently with filing of this amended Statement of Financial Affairs, the debtor is also filing an amended Schedule A/B and Summary Page, deleting the above two items from Schedule A/B.

**Fill in this information to identify the case:**

Debtor name: _Diocese of Winona-Rochester_

United States Bankruptcy Court for the: _District of Minnesota_

Case number (If known): _18–33707_

[V] Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filling for Bankruptcy            04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1.   Gross Revenue from business**

[ ] None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of Revenue<br>Check all that apply | Gross Revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From | 07/01/2018<br>MM / DD / YYYY | to   Filing Date | [X] Operating a business<br>[ ] Other _____ | $            2,086,660 |
| For prior year: | From | 07/01/2017<br>MM / DD / YYYY | to   06/30/2018<br>MM / DD / YYYY | [x] Operating a business<br>[ ] Other _____ | $            4,991,759 |
| For the year before that: | From | 07/01/2016<br>MM / DD / YYYY | to   06/30/2017<br>MM / DD / YYYY | [x] Operating a business<br>[ ] Other _____ | $            4,989,558 |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

[ ] None

| | | | | Description of sources of revenue | Gross Revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From | 07/01/2018<br>MM / DD / YYYY | to  Filing Date | **Interest, div, invest gain/loss** | $            (314,251) |
| For prior year: | From | 07/01/2017<br>MM / DD / YYYY | to   06/30/2018<br>MM / DD / YYYY | **Interest, div, invest gain/loss** | $            1,621,502 |
| For the year before that: | From | 07/01/2016<br>MM / DD / YYYY | to   06/30/2017<br>MM / DD / YYYY | **Interest, div, invest gain/loss** | $            2,043,331 |

| Debtor | Diocese of Winona-Rochester | Case Number (if known) | 18–33707 |
|---|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensations, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐   **None**

| Creditor's name and address | Dates | Total amount or value | Reason for payment or transfer |
|---|---|---|---|
| | | | Check all that apply |
| 3.1. See attached schedule | _____ | $ _____ | ☐ Secured debt |
| Creditor's Name | | | |
| | _____ | | ☐ Unsecured loan repayments |
| Street | | | |
| | _____ | | ☐ Suppliers or vendors |
| | | | ☐ Services |
| City                    State    Zip Code | | | ☐ Other _____ |
| 3.2. | | $ _____ | ☐ Secured debt |
| Creditor's Name | | | |
| | | | ☐ Unsecured loan repayments |
| Street | | | |
| | _____ | | ☐ Suppliers or vendors |
| | | | ☐ Services |
| City                    State    Zip Code | | | ☐ Other _____ |

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C § 101(31).

☒   **None**

| Insider's name and address | Dates | Total amount or value | Reason for payment or transfer |
|---|---|---|---|
| 4.1. | _____ | $ _____ | _____ |
| Insider's Name | | Tax assessed value | |
| | _____ | | _____ |
| Street | | | |
| | _____ | | _____ |
| City                    State    Zip Code | | | |
| **Relationship to Debtor** | | | |
| 4.2. | | $ _____ | _____ |
| Insider's Name | _____ | | _____ |
| | _____ | | |
| Street | | | |
| | _____ | | _____ |
| City                    State    Zip Code | | | |
| **Relationship to Debtor** | | | |

| Debtor | Diocese of Winona-Rochester | Case Number *(if known)* | 18–33707 |
|---|---|---|---|

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, returned to the seller. Do not include property listed in line 6.

[x] None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ _____ |
| | Creditor's Name | | | |
| | Street | | | |
| | City                  State    Zip Code | | | |
| 5.2. | | | | $ _____ |
| | Creditor's Name | | | |
| | Street | | | |
| | City                  State    Zip Code | | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment of the debtor's direction from an account of the debtor because the debtor owed a debt.

[x] None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | | $ _____ |
| | Creditor's Name | | | |
| | Street | | | |
| | City                  State    Zip Code | Last 4 digits of account number: XXX- _____ | | |

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

[ ] None

| | Case title | Nature of case | Court or agency's name and address | |
|---|---|---|---|---|
| 7.1. | See attached schedule | | | [ ] Pending |
| | | | Name | [ ] On appeal |
| | Case number | | Street | [ ] Concluded |
| | | | City          State          Zip Code | |
| 7.2. | | civil | | [ ] Pending |
| | | | Name | [ ] On appeal |
| | Case number | | Street | [ ] Concluded |
| | | | City          State          Zip Code | |

| Debtor | Diocese of Winona-Rochester | Case Number (if known) | 18–33707 |
|---|---|---|---|

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

[x] **None**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ |
| Custodian's name | | |
| Street | Case title | Court name and address |
| | | Name |
| City          State   Zip Code | Case number | Street |
| | Date of order or assignment | |
| | | City          State          Zip Code |

**Part 4:   Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.**

[ ] **None**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Catholic Charities of Southern Minnesota | Cash | 12/16-11/18 | $ 297,256.89 |
| | Recipient's name | | | |
| | PO Box 379 | Cash | 06/29/17 | $ 20,000.00 |
| | Street | Cash | 06/07/18 | $ 20,000.00 |
| | Winona          MN   55987 | | | |
| | City          State   Zip | | | |
| | Recipient's relationship to debtor | | | |
| 9.2. | National Catholic Bioethics Ctr | Cash | 08/03/17 | $ 1,500.00 |
| | Recipient's name | | | |
| | PO Box 228 | Cash | 9/20/2018 | $ 1,500.00 |
| | Street | | | |
| | Barrington          RI   02806 | | | |
| | City          State   Zip | | | |
| | Recipient's relationship to debtor | | | |
| 9.3. | Society of St Vincent de Paul-District Council | Cash | 12/15/16 | $ 500.00 |
| | Recipient's name | | | |
| | 2748 Hawk Ridge Ct SE | Cash | 12/21/17 | $ 500.00 |
| | Street | Cash | 03/28/18 | $ 500.00 |
| | Rochester          MN   55904 | | | |
| | City          State   Zip | | | |
| | Recipient's relationship to debtor | | | |

Debtor    Diocese of Winona-Rochester                              Case Number *(if known)*  18–33707

**9.4.**

| | | | |
|---|---|---|---|
| Institute of the Incarnate Word | Cash | 07/26/18 | $ 1,000.00 |
| Recipient's name | | | |
| PO BOX 7500 | | | $ |
| Street | | | |
| | | | |
| LIBERTYVILLE         IL    60048 | | | |
| City                          State    Zip | | | |
| **Recipient's relationship to debtor** | | | |

**9.5.**

| | | | |
|---|---|---|---|
| Project FINE | Cash | 06/01/17 | $ 500.00 |
| Recipient's name | | | |
| 202 W 3rd St | Cash | 06/07/18 | $ 500.00 |
| Street | | | |
| | | | |
| Winona            MN    55987 | | | |
| City                      State    Zip | | | |
| **Recipient's relationship to debtor** | | | |

**9.6.**

| | | | |
|---|---|---|---|
| Nat. Committee for a Human Life Amendment | Cash | 09/21/17 | $ 1,684.00 |
| Recipient's name | | | |
| PO Box 34116 | Cash | 01/29/18 | $ 2,000.00 |
| Street | | | |
| | | | |
| Washington            DC    20043 | | | |
| City                         State    Zip | | | |
| **Recipient's relationship to debtor** | | | |

**9.7.**

| | | | |
|---|---|---|---|
| Federation of Diocesan Liturgical Commissions | Cash | 10/05/17 | $ 1,000.00 |
| Recipient's name | | | |
| 415 Michigan Ave NE, Ste 70 | | | $ |
| Street | | | |
| | | | |
| Washington            DC    20017 | | | |
| City                         State    Zip | | | |
| **Recipient's relationship to debtor** | | | |

**9.8.**

| | | | |
|---|---|---|---|
| NET Ministries | Cash | 11/16/17 | $ 1,500.00 |
| Recipient's name | | | |
| 110 Crusader Ave W | | | $ |
| Street | | | |
| | | | |
| West St Paul          MN    55118 | | | |
| City                        State    Zip | | | |
| **Recipient's relationship to debtor** | | | |

| Debtor | Diocese of Winona-Rochester | Case Number (if known) 18–33707 |
|---|---|---|

**9.9.**

| | | | |
|---|---|---|---|
| Chatfield Community Food Shelf | Cash | 10/04/18 | $ 2,500.00 |
| Recipient's name | | | |
| 124 Winona St | Cash | | $ |
| Street | | | |
| | | | |
| Chatfield                MN    55923 | | | |
| City                      State   Zip | | | |

Recipient's relationship to debtor

**9.10.**

| | | | |
|---|---|---|---|
| Immaculate Heart of Mary Seminary | Cash | 05/04/17 | $ 1,700.00 |
| Recipient's name | | | |
| 750 Terrace Heights | Cash | 05/10/18 | $ 1,800.00 |
| Street | | | |
| | | | $ |
| Winona                  MN    55987 | | | |
| City                      State   Zip | | | |

Recipient's relationship to debtor

**9.11.**

| | | | |
|---|---|---|---|
| Bethlehem Inn | Cash | 10/04/18 | $ 5,000.00 |
| Recipient's name | | | |
| 400 2nd Ave NW | Cash | | $ |
| Street | | | |
| | | | |
| Waseca                  MN    56093 | | | |
| City                      State   Zip | | | |

Recipient's relationship to debtor

**9.12.**

| | | | |
|---|---|---|---|
| Our Lady of Guadalupe Free Clinic | Cash | 10/04/18 | $ 5,000.00 |
| Recipient's name | | | |
| 921 4th Ave, Ste 11 | | | $ |
| Street | | | |
| | | | |
| Worthington            MN    56187 | | | |
| City                      State   Zip | | | |

Recipient's relationship to debtor

**9.13.**

| | | | |
|---|---|---|---|
| Sacred Heart Mercy Health Care | Cash | 06/28/18 | $ 5,000.00 |
| Recipient's name | | | |
| 803 4th St | | | $ |
| Street | | | |
| | | | |
| Jackson                 MN    56143 | | | |
| City                      State   Zip | | | |

Recipient's relationship to debtor

| Debtor | Diocese of Winona-Rochester | Case Number *(if known)* 18–33707 |
|---|---|---|

**9.14.**

Manos Latinas
Recipient's name

310 N Cedar Ave
Street

Owatonna                    MN    55060
City                                  State   Zip

**Recipient's relationship to debtor**

| | Cash | 10/04/18 | $ 5,000.00 |
|---|---|---|---|
| | | | $ |

**9.15.**

Family Promise Rochester
Recipient's name

811 7th St NW
Street

Rochester                    MN    55901
City                                  State   Zip

**Recipient's relationship to debtor**

| | Cash | 10/04/18 | $ 2,500.00 |
|---|---|---|---|
| | | | $ |

**9.16.**

Familias Juntas
Recipient's name

PO Box 445
Street

Fulda
City                                  State   Zip

**Recipient's relationship to debtor**

| | Cash | 10/05/17 | $ 5,000.00 |
|---|---|---|---|
| | | | $ |

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| Water damage to ceiling tile in Newman Center, Winona | 172.00 | 09/18/18 | $ 1,172.00 |

| Debtor | Diocese of Winona-Rochester | Case Number *(if known)* | 18–33707 |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Alliance Management* | | 12/1/17-11/30/18 | $            102,539.55 |
| | **Address** | | | |
| | 3800 American Blvd. W. | | | |
| | Street | | | |
| | STE 1000 | | | |
| | Bloomington          MN    55431 | | | |
| | City                           State    Zip | | | |
| | **Email or website address** | | | |
| | www.alliancemgmt.com | | | |
| | **Who made the payment, if not debtor?** | | | |

*Total amount paid includes $98,465 remaining retainer.

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Bodman PLC | | 12/1/17-11/30/18 | $            320,622.48 |
| | **Address** | | | |
| | 201 W Big River Rd | | | |
| | Street | | | |
| | STE 500 | | | |
| | Troy                          MI    48084 | | | |
| | City                           State    Zip | | | |
| | **Email or website address** | | | |
| | www.bodmanlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

*Total amount paid includes $80,553.45 remaining retainer.

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value* |
|---|---|---|---|---|
| 11.3. | Restovich, Braun & Associates | | 12/1/17-11/30/18 | $            811,899.05 |
| | **Address** | | | |
| | 117 E Center Street | | | |
| | Street | | | |
| | Rochester           MN    55904 | | | |
| | City                           State    Zip | | | |
| | **Email or website address** | | | |
| | www.restovichlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

*Note: Total Amount paid includes all fees paid, some of which related to bankruptcy. Balance includes $100,000 remaining retainer.

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

| Debtor | Diocese of Winona-Rochester | Case Number *(if known)* | 18–33707 |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | | | $ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City          State    Zip | | | |
| | **Relationship to debtor** | | | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | | | | $ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City          State    Zip | | | |
| | **Relationship to debtor** | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | _____ Street | | From _____ | To _____ |
| | _____ City          State    Zip Code | | | |
| 14.2. | _____ Street | | From _____ | To _____ |
| | _____ City          State    Zip Code | | | |

| Debtor | Diocese of Winona-Rochester | | Case Number (if known) | 18–33707 |

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Is the debtor primarily engaged in offering services and facilities for:

_____ diagnosing or treating injury, deformity, or disease, or
_____ providing any surgical, psychiatric, drug treatment, or obstetric care?

[x] No. Go to Part 9.

[ ] Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** | | |
| Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | [ ] Electronically |
| City          State    Zip Code | | [ ] Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.2.** | | |
| Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | [ ] Electronically |
| City          State    Zip Code | | [ ] Paper |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

[ ] No.

[x] Yes. State the nature of the information collected and retained.    Donor list

Does the debtor have a privacy policy about that information?

[x] No

[ ] Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

[ ] No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

[ ] No. Go to Part 10.

[x] Yes. Fill in below:

| Name of plan | Employer identification number of the plan | |
|---|---|---|
| Lincoln Alliance: Lincoln National Corp | EIN: | 35-0472300 |
| Lincoln MultiFund: Lincoln National Corp | EIN: | 35-1140070 |
| Pension Plan for the Priests of the Diocese of Winona-Rochester | EIN: | 41-6149825 |

Has the plan been terminated?

[x] No

[ ] Yes

| Debtor | Diocese of Winona-Rochester | Case Number (if known) | 18–33707 |

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. Merchants Bank _Name_ 102 East Third Street _Street_ Winona MN 55987 _City State Zip Code_ | XXXX — 9101 | ☒ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other | 3/28/18 | $ 2,775.23 |
| 18.2. Christian Brothers Investment Services, Inc. _Name_ 20 N Wacker Drive _Street_ Ste 2000 Chicago IL 60606 _City State Zip Code_ | XXXX — 1005* | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☒ Other   Investment | Opened 11/16/18 | $ 14,004,326.21 |

*Note: Unrestricted funds which were transferred into this new CBIS account from account number xxxx-1001.

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _Creditor's Name_ _Street_ _City State Zip Code_ | | Address | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _Creditor's Name_ _Street_ _City State Zip Code_ | | Address | ☐ No ☐ Yes |

| Debtor | Diocese of Winona-Rochester | Case Number (if known) | 18-33707 |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Diocese of Winona-Rochester<br>Name | Wells Fargo bank acct #3182 | Special collections | $ 752,868.11 |
| 55 W Sanborn Street<br>Street | | from parishes with | |
| | | donor intent | |
| Winona         MN    55987<br>City              State   Zip | | | |
| Diocese of Winona-Rochester<br>Name | Wells Fargo bank acct #8950* | Employee payroll | $ 0.00 |
| 55 W Sanborn Street<br>Street | | withholdings - medical | |
| | | and dependent care | |
| Winona         MN    55987<br>City              State   Zip | | | |

*DOWR deposited $400,000 into account #8950 in order to avoid overdrafts due to timing issues.  As of 11/30/18, the balance in this account was $267,124.93.  Inter-month balances fluctuate.  To the extent that amounts in the account exceed $400,000 at any given time, they constitute funds held for others.

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Diocese of Winona<br>Name | Wells Fargo bank acct #9164* | Self-insurance fund | $ 0.00 |
| 55 W Sanborn Street<br>Street | | from parishes and | |
| | | other entities | |
| Winona         MN    55987<br>City              State   Zip | | | |

*DOWR deposited $200,000 into account #9164 in order to avoid overdrafts due to timing issues.  As of 11/30/18, the balance in this account was $104,829.93.  Inter-month balances fluctuate.  To the extent that amounts in the account exceed $200,000 at any given time, they constitute funds held for others.

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Diocese of Winona-Rochester<br>Name | Wells Fargo bank acct #9393 | Self-insurance fund | $ 21,781.85 |
| 55 W Sanborn Street<br>Street | | accessible to BRAC to | |
| | | administer Work Comp | |
| Winona         MN    55987<br>City              State   Zip | | | |
| Diocese of Winona-Rochester<br>Name | Wells Fargo bank acct #1041 | Employee payroll | $ 5,609.19 |
| 55 W Sanborn Street<br>Street | | withholdings - Lincoln | |
| | | Retirement contributions | |
| Winona         MN    55987<br>City              State   Zip | | | |
| Diocese of Winona-Rochester<br>Name | Wells Fargo bank acct #0158 | Catholic Ministries | $ 0.00 |
| 55 W Sanborn Street<br>Street | | Appeal | |
| Winona         MN    55987<br>City              State   Zip | | | |
| Diocese of Winona-Rochester<br>Name | Wells Fargo bank acct #0166 | Donor Restricted | $ 0.00 |
| 55 W Sanborn Street<br>Street | | | |
| Winona         MN    55987<br>City              State   Zip | | | |

| Debtor | Diocese of Winona-Rochester | Case Number (if known) | 18–33707 |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Diocese of Winona-Rochester | Christian Brothers investment | McHugo Endowment | $ 275,082.17 |
| Name | | | |
| 55 W Sanborn Street | accounts #2341004 and #2341001 | Donor Restricted | $ 5,083,566.99 |
| Street | | | |
| Winona                    MN    55987 | | | |
| City                 State    Zip | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Diocese of Winona-Rochester | Catholic Foundation of Southern | Bequests Receivable | $ 28,460.31 |
| Name | | | |
| 55 W Sanborn Street | Minnesota Annuity | | |
| Street | | | |
| Winona                    MN    55987 | | | |
| City                 State    Zip | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Diocese of Winona-Rochester | Jerome Maloney Testamentary Trust | Beneficial Interest | $ 35,114.00 |
| Name | | | |
| 55 W Sanborn Street | | | |
| Street | | | |
| Winona                    MN    55987 | | | |
| City                 State    Zip | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

☐ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

☐ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

☐ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

[x] No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    Zip Code | City          State    Zip Code | | |

Debtor    Diocese of Winona-Rochester                          Case Number *(if known)* 18–33707

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

[x]  No

[ ]  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    Zip Code | City          State    Zip Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

[x]  No

[ ]  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    Zip Code | City          State    Zip Code | | |

| Part 13 | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

[ ]  None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Diocese of Winona Deposit & Loan Fund | Parish deposit and loan fund | EIN        41-1774578 |
| | Name | | |
| | 55 W Sanborn St | ceased operations June, 2015. | |
| | Street | | |

| | | | Dates business existed |
|---|---|---|---|
| | Winona          MN    55987 | From   June, 1995      To   Dec, 2017 | |
| | City          State    Zip Code | | |

**26. Books, records, and financial statements**

26.a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

[ ]  None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Sandra Todd | From   9/14/92      To   present |
| | Name | |
| | 55 W Sanborn St | |
| | Street | |
| | Winona          MN    55987 | |
| | City          State    Zip Code | |

| Debtor | Diocese of Winona-Rochester | Case Number *(if known)* 18–33707 |
|---|---|---|

**26a.2.** Lawrence Dose
Name
55 W Sanborn St
Street

Winona        MN        55987
City        State        Zip Code

Dates of service: From 9/5/2000    To 5/14/17

**26a.3.** Andrew Brannon
Name
55 W Sanborn St
Street

Winona        MN        55987
City        State        Zip Code

Dates of service: From 5/15/2017    To present

**26.b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**26.b.1.** Hawkins, Ash CPAs
Name
500 S 2nd St Ste 200
Street

La Crosse        WI        54602
City        State        Zip Code

Dates of service: From 2014    To present

**26.c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**26.c.1.** Hawkins Ash CPAs
Name
500 S 2nd St Ste 200
Street

La Crosse        WI        54602
City        State        Zip Code

If any books of account and records are unavailable, explain why

**26.d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**26.d.1.** Catholic Umbrella Pool
Name
c/o Catholic Relief Society
Street
10843 Old Mill Rd Ste 300

Omaha        NE        68154
City        State        Zip Code

**26.d.2.** Minnesota Workers Compensation Reinsurance Assn
Name
400 Robert St N #1700
Street

St Paul        MN        55101
City        State        Zip Code

Debtor  Diocese of Winona-Rochester                    Case Number (if known)  18–33707

| Name and address | | |
|---|---|---|
| 26d.3. Merchants Bank | | |
| Name | | |
| 102 E Third St | | |
| Street | | |
| | | |
| Winona | MN | 55987 |
| City | State | Zip Code |

| Name and address | | |
|---|---|---|
| 26d.4. Berkley Risk Administrators Company, LLC | | |
| Name | | |
| 222 S. 9th St. | | |
| Street | | |
| Suite 2700 | | |
| | | |
| Minneapolis | MN | 55402 |
| City | State | Zip Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

[x] No

[ ] Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| 27.1. | | |
| Name | | |
| | | |
| Street | | |
| | | |
| City | State | Zip Code |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| 27.2. | | |
| Name | | |
| | | |
| Street | | |
| | | |
| City | State | Zip Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bp John Quinn | 55 W Sanborn St, Winona, MN | Bishop/President | 0 |
| Msgr Thomas P Melvin | 55 W Sanborn St, Winona, MN | Vicar General/Vice President | 0 |
| Rev Glenn Frerichs | 55 W Sanborn St, Winona, MN | Chancellor/Secretary | 0 |
| Andrew D Brannon | 55 W Sanborn St, Winona, MN | CFAO/Treasurer | 0 |
| Timothy McManimon | 55 W Sanborn St, Winona, MN | Board Trustee | 0 |

| Debtor | Diocese of Winona-Rochester | Case Number (if known) | 18–33707 |
|---|---|---|---|

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held (From / To) |
|---|---|---|---|
| Margaret Michaletz | 55 W Sanborn St, Winona, MN | Board Trustee | 5/1/01 / 3/16/18 |
| James Anderson | 55 W Sanborn St, Winona, MN | Board Trustee | 10/1/06 / 3/16/18 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Bishop John Quinn (Name) | Monthly salary $2,545 | FYE 2018 | Employee |
| | 55 W Sanborn Street (Street) | Monthly salary $2,587 | FYE 2019 | |
| | Winona MN 55987 (City / State / Zip Code) | | | |
| | Relationship to debtor: Bishop | | | |
| 30.2. | Monsignor Thomas Melvin (Name) | Monthly salary $2,956 | FYE 2018 | Employee |
| | 55 W Sanborn Street (Street) | Monthly salary $2,998 | FYE 2019 | |
| | Winona MN 55987 (City / State / Zip Code) | | | |
| | Relationship to debtor: Vicar General | | | |
| 30.3. | Reverend Glenn Frerichs (Name) | Monthly salary $1,403 | FYE 2018 | Employee |
| | 55 W Sanborn Street (Street) | Monthly salary $1,424 | FYE 2019 | |
| | Winona MN 55987 (City / State / Zip Code) | | | |
| | Relationship to debtor: Chancellor | | | |
| 30.4. | Andrew D Brannon (Name) | Bi-weekly salary $4,307.69 | FYE 2018 | Employee |
| | 55 W Sanborn Street (Street) | Bi-weekly salary $4,615.38 | FYE 2019 | |
| | Winona MN 55987 (City / State / Zip Code) | | | |
| | Relationship to debtor: CFAO/Treasurer | | | |

Debtor   Diocese of Winona-Rochester                                Case Number (if known)   18-33707

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- [x] No
- [ ] Yes. Identify below.

|  | Employer Identification number of the parent |
| Name of the parent corporation | corporation |
|  | EIN |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- [ ] No
- [x] Yes. Identify below.

|  | Employer Identification number of the pension fund |
| Name of the pension fund | |
| Pension Plan for the Priests of the Diocese of Winona-Rochester | EIN   41-6149825 |

## Part 14   Signature and Declaration

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03 Jan 2020

X _(signature)_                                          Printed name   Reverend Monsignor Thomas P. Melvin
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Vicar General

Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?
- [ ] No
- [x] Yes

**Diocese of Winona-Rochester**

**Part 2 - Certain payments or transfers to creditors within 90 days before filing this case**

| | Name and Address of Creditors | Dates of Payments | Amount Paid | Reason |
|---|---|---|---|---|
| 3.1 | CO CATHEDRAL OF ST JOHN THE EVANGELIST | 9/13/2018 | $1,235.80 | |
| | 11 4TH AVE SW | 10/04/2018 | $450.00 | |
| | ROCHESTER, MN 55902-3098 | 10/25/2018 | $540.00 | |
| | | 11/21/2018 | $1,687.55 | |
| | | 11/29/2018 | $2,527.58 | |
| | | | $6,440.93 | Vendor/Supplier |
| 3.2 | CATHEDRAL OF THE SACRED HEART | 10/04/2018 | $4,405.97 | |
| | 360 MAIN ST | 11/15/2018 | $4,662.15 | |
| | WINONA, MN 55987 | | $9,068.12 | Vendor/Supplier |
| 3.3 | ST THOMAS MORE CATHOLIC NEWMAN CENTER | 9/06/2018 | $13,458.33 | |
| | 1502 WARREN STR | 10/04/2018 | $13,458.33 | |
| | MANKATO, MN 56001 | 11/01/2018 | $13,458.33 | |
| | | | $40,374.99 | Other |
| 3.4 | CATH FOUNDATION SOUTHERN MN | 9/20/2018 | $648.60 | |
| | 750 TERRACE HEIGHTS, STE 105 | 9/20/2018 | $80.00 | |
| | PO BOX 30098 | 9/20/2018 | $232.00 | |
| | WINONA, MN 55987 | 9/27/2018 | $700.00 | |
| | | 10/18/2018 | $486.45 | |
| | | 10/18/2018 | $54.00 | |
| | | 10/18/2018 | $60.00 | |
| | | 11/15/2018 | $25,000.00 | |
| | | 11/21/2018 | $44,353.43 | |
| | | 11/21/2018 | $75.00 | |
| | | 11/29/2018 | $324.30 | |
| | | 11/29/2018 | $36.00 | |
| | | 11/29/2018 | $40.00 | |
| | | | $72,089.78 | Vendor/Supplier |
| 3.5 | ST. MARY'S UNIVERSITY | 9/13/2018 | $1,531.22 | |
| | 700 TERRACE HEIGHTS, #8 | 11/08/2018 | $1,245.12 | |
| | WINONA, MN 55987 | 11/15/2018 | $11,128.04 | |
| | | 11/21/2018 | $9,930.82 | |
| | | 11/29/2018 | $1,512.63 | |
| | | | $25,347.83 | Vendor/Supplier |
| 3.6 | RESTOVICH BRAUN & ASSOCIATES | 10/11/2018 | $11,887.50 | |
| | 117 E CENTER ST | 10/11/2018 | $5,039.95 | |
| | ROCHESTER, MN 55904 | 11/15/2018 | $24,458.90 | |
| | | 11/15/2018 | $5,386.53 | |
| | | 11/15/2018 | $1,944.00 | |
| | | 11/29/2018 | $138,525.83 | |
| | | | $187,242.71 | Services |

| | Name and Address of Creditors | Dates of Payments | Amount Paid | Reason |
|---|---|---|---|---|
| 3.7 | LITURGY TRAINING PUBLICATIONS | 9/13/2018 | $795.90 | |
| | 3949 S RACINE AVE | 9/20/2018 | $1,546.50 | |
| | CHICAGO, IL  60609 | 9/27/2018 | $1,343.40 | |
| | | 10/04/2018 | $766.41 | |
| | | 10/18/2018 | $279.52 | |
| | | 10/25/2018 | $2,195.83 | |
| | | 11/08/2018 | $1,055.31 | |
| | | 11/15/2018 | $1,044.85 | |
| | | 11/21/2018 | $415.66 | |
| | | 11/29/2018 | $29.00 | |
| | | | $9,472.38 | Vendor/Supplier |
| 3.8 | DIOCESE OF WINONA-ROCHESTER (BENEFITS) | 9/06/2018 | $45,658.82 | |
| | PO BOX 588 | 9/13/2018 | $16,026.75 | |
| | WINONA, MN  55987 | 10/04/2018 | $45,297.65 | |
| | | 10/11/2018 | $108,207.00 | |
| | | 10/11/2018 | $31,531.50 | |
| | | 11/08/2018 | $45,300.21 | |
| | | 11/29/2018 | $30,271.51 | |
| | | | $322,293.44 | Benefits |
| 3.9 | PAGE 1 PRINTERS | 9/27/2018 | $3,817.79 | |
| | 1929 ENGEBRETSON ST | 10/18/2018 | $4,897.84 | |
| | SLAYTON, MN  56172-2006 | 11/15/2018 | $4,189.97 | |
| | | | $12,905.60 | Vendor/Supplier |
| 3.10 | BODMAN PLC | 11/15/2018 | $56,095.71 | |
| | 201 W BIG RIVER RD STE 500 | 11/29/2018 | $43,653.75 | |
| | TROY, MI  48084 | | $99,749.46 | Services |
| 3.10 | MINNESOTA CATHOLIC CONFERENCE | 9/06/2018 | $7,171.59 | |
| | 475 UNIVERSITY AVE W | 10/04/2018 | $7,171.59 | |
| | ST PAUL, MN  55103-1966 | 11/08/2018 | $7,171.59 | |
| | | | $21,514.77 | Vendor/Supplier |
| 3.11 | HAWKINS ASH CPAS | 9/20/2018 | $16,500.00 | |
| | 500 S 2ND ST, STE 200 | 11/21/2018 | $8,000.00 | |
| | LA CROSSE, WI  54602-1508 | 11/29/2018 | $9,646.87 | |
| | | | $34,146.87 | Services |
| 3.12 | ALLIANCE MANAGEMENT LLC | 11/29/2018 | $60,445.00 | |
| | 3800 American Blvd. W | | $60,445.00 | |
| | Suite 1000 | | | |
| | Bloomington, MN 55431 | | | Services |
| 3.13 | PARISHSOFT | 11/15/2018 | $9,124.50 | |
| | 3767 RANCHERO DR, STE 100 | | $9,124.50 | |
| | ANN ARBOR, MI  48108 | | | Vendor/Supplier |

| | Name and Address of Creditors | Dates of Payments | Amount Paid | Reason |
|---|---|---|---|---|
| 3.14 | SACRED HEART MAJOR SEMINARY | 10/04/2018 | $9,158.68 | |
| | 2701 W CHICAGO BLVD | 10/18/2018 | $121,076.00 | |
| | DETROIT, MI 48206 | 11/21/2018 | $830.00 | |
| | | 11/29/2018 | $430.35 | |
| | | | $131,495.03 | Vendor/Supplier |
| 3.15 | POSTMASTER-SLAYTON | 9/20/2018 | $5,416.67 | |
| | PO BOX 9998 | 10/11/2018 | $5,416.67 | |
| | SLAYTON, MN 56172 | 11/15/2018 | $5,416.67 | |
| | | | $16,250.01 | Vendor/Supplier |
| 3.16 | KTTC TELEVISION, INC | 9/13/2018 | $2,700.00 | |
| | PO BOX 1001 | 10/18/2018 | $3,375.00 | |
| | QUINCY, IL 62306-1001 | 11/15/2018 | $2,700.00 | |
| | | 11/15/2018 | $4,050.00 | |
| | | | $12,825.00 | Vendor/Supplier |
| 3.17 | KEYC-TV | 9/13/2018 | $2,380.00 | |
| | PO BOX 128 | 10/18/2018 | $2,975.00 | |
| | MANKATO, MN 56001 | 11/15/2018 | $2,380.00 | |
| | | 11/15/2018 | $6,110.00 | |
| | | | $13,845.00 | Vendor/Supplier |
| 3.18 | DIGICOM, INC | 11/15/2018 | $7,200.99 | |
| | PO BOX 1291 | 11/21/2018 | $164.95 | |
| | WINONA, MN 55987-7291 | | $7,365.94 | Vendor/Supplier |
| 3.19 | E.O. JOHNSON COMPANY | 9/13/2018 | $51,467.00 | |
| | PO BOX 629 | 9/27/2018 | $2,027.88 | |
| | WAUSAU, WI 54402-0629 | 10/18/2018 | $1,120.00 | |
| | | 11/08/2018 | $403.52 | |
| | | 11/15/2018 | $15,652.80 | |
| | | 11/21/2018 | $989.18 | |
| | | | $71,660.38 | Vendor/Supplier |
| 3.20 | FOCUS | 9/13/2018 | $6,250.00 | |
| | PO BOX 18710 | 9/27/2018 | $6,250.00 | |
| | GOLDEN, CO 80402-9809 | 11/01/2018 | $6,250.00 | |
| | | 11/21/2018 | $9,250.00 | |
| | | 11/29/2018 | $6,250.00 | |
| | | 11/29/2018 | $3,000.00 | |
| | | | $37,250.00 | Vendor/Supplier |
| 3.21 | USCCB-CHARTER AUDIT | 11/21/2018 | $8,000.00 | |
| | PO BOX 96990 | | $8,000.00 | |
| | WASHINGTON, DC 20090-6990 | | | Vendor/Supplier |
| 3.22 | USCCB-DIOCESAN ASSESSMENT | 11/08/2018 | $8,348.00 | |
| | PO BOX 96992 | | $8,348.00 | |
| | WASHINGTON, DC 20090-6992 | | | Vendor/Supplier |

| | Name and Address of Creditors | Dates of Payments | Amount Paid | Reason |
|---|---|---|---|---|
| 3.23 | CATHOLIC CHARITIES OF SOUTHERN MINNESOTA | 9/06/2018 | $14,330.67 | |
| | 111 MARKET STREET, SUITE 2 | 9/27/2018 | $26.68 | |
| | PO BOX 379 | 10/04/2018 | $14,330.67 | |
| | WINONA, MN 55987 | 10/25/2018 | $861.58 | |
| | | 11/01/2018 | $14,330.67 | |
| | | 11/21/2018 | $4,277.53 | |
| | | | $48,157.80 | Vendor/Supplier |
| 3.24 | BRACCO OKOBOJI | 11/08/2018 | $23,981.25 | |
| | 317 240TH AVE | | $23,981.25 | |
| | ARNOLDS PARK, IA  51331 | | | Vendor/Supplier |
| 3.25 | BRIDGES BAY | 10/11/2018 | $23,245.50 | |
| | PO BOX 10 | | $23,245.50 | |
| | ARNOLDS PARK, IA  51331 | | | Vendor/Supplier |
| 3.26 | DELL BUSINESS CREDIT | 11/29/2018 | $8,068.49 | |
| | PAYMENT PROCESSING CENTER | | $8,068.49 | |
| | PO BOX 5275 | | | |
| | CAROL STREAM, IL 60197-5275 | | | Vendor/Supplier |
| 3.27 | WELLS FARGO VISA | 9/13/2018 | $233.93 | |
| | ELITE CARD PAYMENT CENTER | 9/20/2018 | $922.47 | |
| | PO BOX 77066 | 9/27/2018 | $1,805.89 | |
| | MINNEAPOLIS, MN  55480-7766 | 10/11/2018 | $783.93 | |
| | | 10/18/2018 | $5,940.51 | |
| | | 10/25/2018 | $2,177.58 | |
| | | 11/15/2018 | $10,611.06 | |
| | | 11/21/2018 | $3,867.82 | |
| | | 11/29/2018 | $2,836.09 | |
| | | 11/30/2018 | $3,427.25 | |
| | | | $32,606.53 | Vendor/Supplier |
| 3.28 | PEX CARD EPAY | 9/13/2018 | $939.83 | |
| | 462 7TH AVE, 21ST FL | 9/20/2018 | $561.88 | |
| | NEW YORK, NY  10018 | 9/27/2018 | $1,836.59 | |
| | | 10/11/2018 | $2,365.20 | |
| | | 10/18/2018 | $339.01 | |
| | | 10/25/2018 | $157.25 | |
| | | 11/01/2018 | $63.91 | |
| | | 11/08/2018 | $925.24 | |
| | | 11/15/2018 | $1,058.83 | |
| | | 11/21/2018 | $658.48 | |
| | | 11/21/2018 | $747.85 | |
| | | 11/29/2018 | $1,726.25 | |
| | | | $11,380.32 | Vendor/Supplier |
| 3.29 | ST. JOHN VIANNEY CENTER | 10/25/2018 | $8,135.79 | |
| | 151 WOODBINE RD | | $8,135.79 | |
| | DOWNINGTOWN, PA  19335 | | | Vendor/Supplier |

| | Name and Address of Creditors | Dates of Payments | Amount Paid | Reason |
|---|---|---|---|---|
| 3.30 | TLC HELP, INC | 11/15/2018 | $8,356.25 | |
| | 1779 WELLS BRANCH PKWY | | $8,356.25 | |
| | STE 110B-185 | | | |
| | AUSTIN, TX  78728 | | | Vendor/Supplier |
| 3.31 | SURETY WATERPROOFING CO | 9/06/2018 | $33,680.00 | |
| | PO BOX 1041 | | $33,680.00 | |
| | ROCHESTER, MN  55903 | | | Vendor/Supplier |
| 3.32 | CARUSO COMMUNICATIONS LLC | 10/29/2018 | $53,500.00 | |
| | 77 W WASHINGTON ST | 11/15/2018 | $726.12 | |
| | STE 1900 | | $54,226.12 | |
| | CHICAGO, IL 60602 | | | Services |
| 3.33 | BUREAU OF CRIMINAL INVESTIGATION | 11/13/2018 | $9,600.00 | |
| | MN BCA, MNJIS - CHA UNIT | | $9,600.00 | |
| | 1430 MARYLAND AVE E | | | |
| | ST. PAUL, MN 55106 | | | Other |
| 3.34 | MINNESOTA DEPARTMENT OF REVENUE | 9/11/2018 | $2,308.92 | |
| | COLLECTION ENFORCEMENT | 9/25/2018 | $2,344.90 | |
| | 551 BANKRUPTCY SECTION | 10/10/2018 | $2,278.23 | |
| | 600 NORTH ROBERT STREET | 10/23/2018 | $2,442.10 | |
| | | 11/6/2018 | $2,308.59 | |
| | | 11/20/2018 | $3,334.49 | |
| | | 11/30/2018 | $2,608.55 | |
| | | | $17,625.78 | Other |
| 3.35 | INTERNAL REVENUE SERVICE | 9/10/2018 | $13,246.42 | |
| | WELLS FARGO PLACE | 9/24/2018 | $13,671.52 | |
| | 30 E. 70TH STREET | 10/9/2018 | $13,119.32 | |
| | MAIL STOP 5700 | 10/22/2018 | $14,723.54 | |
| | | 11/5/2018 | $13,125.26 | |
| | | 11/19/2018 | $18,329.58 | |
| | | 11/30/2018 | $15,488.14 | |
| | | | $101,703.78 | Other |
| 3.36 | BLUE CROSS BLUE SHIELD OF MN | 9/4/2018 | $472,113.50 | |
| | PO BOX 64767 | 9/21/2018 | $11,985.00 | |
| | SAINT PAUL, MN  55164 | 10/1/2018 | $481,891.50 | |
| | | 11/1/2018 | $435,925.00 | |
| | | 11/28/2018 | $467,642.50 | |
| | | | $1,869,557.50 | Employee Benefits |

| Name and Address of Creditors | Dates of Payments | Amount Paid | Reason |
|---|---|---|---|
| 3.37 DELTA DENTAL | 9/6/2018 | $4,568.32 | |
| 500 WASHINGTON AVE S | 9/6/2018 | $271.27 | |
| STE 2060 | 9/12/2018 | $5,053.63 | |
| MINNEAPOLIS, MN 55415 | 9/12/2018 | $260.77 | |
| | 9/26/2018 | $4,711.73 | |
| | 9/26/2018 | $496.14 | |
| | 10/4/2018 | $3,557.63 | |
| | 10/4/2018 | $750.82 | |
| | 10/11/2018 | $2,838.25 | |
| | 10/11/2018 | $334.99 | |
| | 10/17/2018 | $3,729.29 | |
| | 10/17/2018 | $287.94 | |
| | 10/24/2018 | $5,921.20 | |
| | 10/24/2018 | $2,050.36 | |
| | 11/1/2018 | $3,774.77 | |
| | 11/1/2018 | $1,098.12 | |
| | 11/6/2018 | $3,126.09 | |
| | 11/6/2018 | $452.53 | |
| | 11/15/2018 | $5,466.81 | |
| | 11/15/2018 | $1,345.89 | |
| | 11/21/2018 | $3,200.87 | |
| | 11/21/2018 | $477.65 | |
| | 11/28/2018 | $1,864.75 | |
| | 11/28/2018 | $97.78 | |
| | | $55,737.60 | Employee Benefits |
| 3.38 FURTHER CLAIMS | 9/6/2018 | $5,222.38 | |
| PO BOX 64193 | 9/13/2018 | $3,821.69 | |
| ST. PAUL, MN 55164 | 9/20/2018 | $5,701.81 | |
| | 9/27/2018 | $1,451.38 | |
| | 10/4/2018 | $3,304.31 | |
| | 10/11/2018 | $6,471.99 | |
| | 10/18/2018 | $4,476.94 | |
| | 10/25/2018 | $2,454.59 | |
| | 11/1/2018 | $2,974.51 | |
| | 11/8/2018 | $4,477.88 | |
| | 11/15/2018 | $3,979.55 | |
| | 11/23/2018 | $2,835.36 | |
| | 11/29/2018 | $7,006.44 | |
| | | $54,178.83 | Employee Benefits |
| 3.39 LINCOLN FINANCIAL | 9/21/2018 | $161,888.75 | |
| 1300 South Clinton St | 10/22/2018 | $173,994.47 | |
| U610 | 11/20/2018 | $175,446.19 | |
| Fort Wayne, IN 46802 | | $511,329.41 | Employee Benefits |

| Name and Address of Creditors | Dates of Payments | Amount Paid | Reason |
|---|---|---|---|
| 3.40 JOPARI | 9/11/2018 | $71.43 | |
| ATTN: CLAIMS PAYMENTS | 9/12/2018 | $1,783.77 | |
| 1855 GATEWAY BOULEVARD, SUITE 500 | 9/13/2018 | $2,589.08 | |
| CONCORD CA 94520 | 9/18/2018 | $13,099.25 | |
| | 9/20/2018 | $140.81 | |
| | 9/25/2018 | $6.49 | |
| | 9/26/2018 | $510.29 | |
| | 9/28/2018 | $1,862.85 | |
| | 10/02/2018 | $220.97 | |
| | 10/05/2018 | $263.24 | |
| | 10/10/2018 | $766.43 | |
| | 10/18/2018 | $82.00 | |
| | 10/26/2018 | $53.48 | |
| | 10/29/2018 | $1,107.26 | |
| | 10/31/2018 | $510.02 | |
| | 11/01/2018 | $852.50 | |
| | 11/02/2018 | $515.00 | |
| | 11/07/2018 | $255.78 | |
| | 11/08/2018 | $52.52 | |
| | 11/14/2018 | $174.24 | |
| | 11/15/2018 | $1,521.44 | |
| | 11/19/2018 | $157.84 | |
| | 11/20/2018 | $49.52 | |
| | 11/23/2018 | $350.00 | |
| | 11/28/2018 | $510.02 | |
| | | $27,506.23 | Work Comp |

Diocese of Winona-Rochester
Part 3 - Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| CAPTION OF SUIT | CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|---|
| John Doe 121 v. Diocese of Winona, St. Mary's Catholic Church | 85-CV-16-16 | Civil | Third Judicial District of the State of Minnesota | Pending |
| John Doe 129 v. Diocese of Winona, Cathedral of the Sacred Heart | 85-CV-16-1040 | Civil | Third Judicial District of the State of Minnesota | Settled |
| Doe 477 v. Diocese of Winona, and St. John Vianney, a/k/a St. John Vianney Catholic Church of Fairmont, Minnesota | | Civil | | Concluded & Dismissed |
| State of Minnesota v. Rose Anne Hammes | 85-CR-17-2204 | Criminal | Third Judicial District for the State of Minnesota | Pending |
| Diocese of Winona-Rochester v. United States Fire Insurance Company, et al., | 85-CV-18-1439 | Civil | Third Judicial District for the State of Minnesota | Pending |
| Doe 16 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 123 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 130 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 212 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 213 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 214 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 215 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 216 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 217 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 218 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 219 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 220 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 221 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 223 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 224 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 225 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 226 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 227 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 228 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 229 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 248 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 249 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 250 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 251 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 252 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 253 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 254 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 255 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 256 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 257 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 258 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 259 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 260 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 261 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 262 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 263 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 264 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 265 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 266 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 267 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 268 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 269 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 270 v. Diocese of Winona, et. al.; | | Civil | | Stayed |

| CAPTION OF SUIT | CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|---|
| Doe 271 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 272 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 273 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 274 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 275 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 276 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 277 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 278 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 279 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 280 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 281 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 282 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 283 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 284 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 285 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 286 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 287 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 288 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 289 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 290 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 291 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 292 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 293 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 298 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 299 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 391 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 392 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 393 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 394 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 395 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 396 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 397 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 398 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 399 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 400 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 401 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 402 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 403 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 404 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 405 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 406 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 407 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 408 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 412 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 467 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 468 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 469 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 472 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 473 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 477 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 485 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 505 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 527 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 537 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 538 v. Diocese of Winona, et. al.; | | Civil | | Stayed |

| CAPTION OF SUIT | CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|---|
| Doe 539 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 543 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 547 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 548 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 557 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 560 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 568 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 584 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 588 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe 589 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe A-48 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe A-105 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe A-108 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe A-129 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe A-167 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe A-170 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe A-223 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe A-239 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe A-251 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe A-322 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe A-326 v. Diocese of Winona, et. al.; | | Civil | | Stayed |
| Doe A-440 v. Diocese of Winona, et. al.; | | Civil | | Stayed |